# Introduction

This is a civil rights action filed by Lameek Johns, a State prisoner at Red Onion State Prison, for damages and injunctive relief under 42 U.S.C. § 1983, alleging excessive use of force in violation of Eighth Amendment to the UNITED STATES CONSTITUTION. The plaintiff also alleges physical force against the plaintiff without need or provocation Constituted Cruel and Unusual punishment in violation of the Eighth Amendment of The UNITED STATES CONSTITUTION.

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
7:18cv00150
APR 04 2018
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# Jurisdiction

1. The Court has jurisdiction over the plaintiff's claims of violation of Federal Constitutional rights under 42 U.S.C. §§ 1331(i) and 1343(a)(3)

# Parties

2. Plaintiff, LAMEEK SHALAM JOHNS, is and was incarcerated at Red Onion State Prison ("ROSP") during the Events described in this Complaint.

3. Defendant Gwynn is a Correctional Officer employed at Red Onion State Prison. He is Sued in his individual Capacities

4. The Defendant have acted, and Continue to act, under color of State law at all times relevant to this complaint.

# FACTS

5. On April 05, 2016 The plaintiff Was housed in D-building.

6. On April 05, 2016 The plaintiff Was housed in Special housing D-3 pod, Cell D-307.

7. Plaintiff Avers that Defendant Gwynn was escorting Nurses Surratt and Adams who were Conducting Pill Pass in D-3 pod.

8. Plaintiff Avers that when Defendant Gwynn and Nurses Surratt and Adams reached the bottom tier of D-3 pod, Defendant Gwynn and Nurse Adams proceeded to Continue Conducting Pill pass while Nurse Surratt Was behind them Signing the Security Log check Sheets Posted upon the clipboards hanging up between the Cells.

9. Plaintiff Avers that as Defendant Gwynn and Nurse Adams were passing by plaintiff's Cell of D-307, Defendant Gwynn observed plaintiff Standing at his Cell door looking out of the Cell window at them, So Defendant Gwynn immediately Screamed out in the pod "Yall Leave My bitch in Cell D-307 to me, I'll give him all the medical attention he needs." Then Defendant Gwynn and Nurses Surratt and Adams began laughing.

10. Plaintiff Avers that plaintiff Immediately Screamed out into the pod of D-3 that, "I'm not your bitch."

11  Plaintiff Avers that Defendant Gwynn then Stated, "That's Not what you were Saying the other day, Now were you and once Nurses Surratt and Adams leave I'm going to Come up in that Cell and give you what a bitch deserves.

12  Plaintiff Avers that Plaintiff Stated to Defendant Gwynn that "Your the Fucking bitch and you ain't going to Come up in this Cell to do nothing to me.

13  Plaintiff Avers that Nurse Surratt had Not reached plaintiff Cell Yet but She was a few Cells down From plaintiff Cell Still Signing the Security Check Log Sheets located at the Cell doors.

14  Plaintiff Avers that on April 05,2016 between approximately 7:10am and 7:30am plaintiff Observed Nurse Surratt approach plaintiff's Cell of D-307 Signing the Security log check Sheet between Cell D-306 and Plaintiff's Cell D-307 and at this time Plaintiff and Defendant Gwynn were still exchanging words with one another While Defendant Gwynn was Standing in Front of Cell D-308 along with Nurse adams.

15  Plaintiff Avers that while Nurse Surratt was Standing between Cells D-306 and Cell D-307 where plaintiff was housed, Signing the Security log check Sheets Defendant Gwynn

left from in front of Cell D-308 and ran over to plaintiff's Cell of D-307 and Stated, "We are going to See who the fucking bitch is Nigga."

## Misuse OF Force

16. Plaintiff Avers that defendant Gwynn proceeded to open up plaintiff's feeding box and trayslot while nurse Surratt was still standing in between Cell D-306 and Cell D-307 where plaintiff was housed and then Defendant Gwynn removed his canister of pepper Spray from it's holster and then Defendant Gwynn leaned forward over into the feeding box, reaching his arm all the way through the feeding box and through the trayslot as far as he possibly could into plaintiff's Cell of D-307 with his Canister of pepper Spray in his hand and without warning began Spraying pepper Spray in plaintiff's face, eyes and chest and into plaintiff's Cell for 3 to 4 minutes Continusly and then Defendant Gwynn closed plaintiff's trayslot and feeding box and then Stated to plaintiff "Now we Know who the fucking bitch is Boy", and then him and Nurse Surratt proceeded to leave from in front of plaintiff's Cell.

17. Plaintiff Avers that Nurse Surratt Stood in front and between Cells D-306 and plaintiff's Cell of D-307 and Observed Defendant Gwynn remove his Canister of pepper Spray from it's holster and Spray plaintiff with it and Nurse Surratt did not make any attempt or effort to prevent or Stop defendant Gwynn from Spraying plaintiff.

18. Plaintiff Avers that Plaintiff began immediately Screaming and hollering From plaintiff's Cell of D-307 out of plaintiff's Cell door into the pod of D-3 Stating that plaintiff needed medical attention and Yall Nurses just observed defendant Gwynn Spray me with his Canister of pepper Spray and ain't going to provide me with any medical attention.

19. Plaintiff Avers that Plaintiff Continued to Holler out plaintiff's Cell of D-307, due to the burning of the pepper Spray, that plaintiff needed to Speak to a Sergeant or Lieutenant Immediately.

20. Plaintiff Avers that Defendant Gwynn and nurses Adams and Surratt proceeded to leave out of D-3 pod and ignored plaintiff's request to be provided with medical attention and to Speak to a Sergeant or a Lieutenant and left out of D-3 pod through the door on the bottom tier between D-3 pod and D-2 pod.

21. Plaintiff Avers that During that time tears was running out of plaintiff's eyes and it Was extremely difficult for plaintiff to See because plaintiff's eyes and Face was burning From the effects of the pepper Spray and plaintiff Was Continusly Coughing, gagging, Sneezing, choking, gasping For Air, while mucus was Continusly running out of plaintiff's Nose and plaintiff's chest and arms was burning.

22. Plaintiff Avers that plaintiff began pushing the intercom button in plaintiff Cell of D-307 to get the attention of Officer Willms who was in the Control booth to inform him that plaintiff just got peppered Sprayed by defendant Gwynn and that plaintiff Needed medical attention and to Speak to a Sergeant or Lieutenant.

23. Plaintiff Avers that Officer Lewis and defendant Gwynn Came into D-3 pod and as they were on the bottom tier, plaintiff informed Officer Lewis and defendant Gwynn that plaintiff Needed medical attention, Officer Lewis and defendant Gwynn just laughed and proceeded to pull the offenders in D-3 pod For Showers.

24. Plaintiff Avers that plaintiff realized that Defendant Gwynn and Officer Lewis was ignoring plaintiff request for medical attention and to Speak to a Sergeant or Lieutenant, plaintiff Continued to Scream and Yell out of plaintiff Cell door of D-307 into D-3 pod that plaintiff Needed medical attention and that plaintiff Needed to Speak with a Sergeant or Lieutenant, at that time plaintiff eyes, Face, chest and arms were Still burning From the pepper Spray and plaintiff Was Continusly Coughing, Sneezing, Choking, gagging, gasping For Air while mucus was running out of plaintiff's Nose.

25. Plaintiff Avers that after about 45 minutes went by after plaintiff was Sprayed with pepper Spray by Defendant Gwynn and plaintiff was Suffering from the effects of the pepper Spray, at that time Sergeant Fleming entered D-3 pod and approached Cell D-307 where plaintiff was housed and removed his pepper Spray from it's holster and raised it up in the air as if he was about to make an attempt to Spray plaintiff, plaintiff immediately informed Sergeant Fleming that defendant Gwynn had peppered Sprayed plaintiff and plaintiff has been pleading for the entire 45 minutes to defendant Gwynn, Officers Williams, Lewis and nurses Surratt and Adams for medical attention but they have all ignored my request.

26. Plaintiff Avers that Sergeant Fleming informed plaintiff that plaintiff needs to pack his property up because plaintiff was going to be moved to another building and then Sergeant Fleming left out of D-3 pod.

27. Plaintiff Avers that plaintiff's eyes, face, chest and arms were Continously burning and plaintiff was Still Choking, gagging, Sneezing and Coughing while mucus was running out of plaintiff's Nose while plaintiff was Still housed in Cell D-307.

28. Plaintiff Avers that After about another 20 minutes had passed, Sergeant Fleming returned to D-3 pod with Unit Manager Swiney and Unit Manager Swiney gave plaintiff the order to Cuff up,

So plaintiff complied with the order and Sergeant Fleming placed the leg restraints and the handcuffs on plaintiff while plaintiff was informing Unit Manager Swiney that defendant Gwynn had peppered sprayed plaintiff without provacation and that defendants Gwynn, Nurses Surratt and Adams and Officers Williams and Lewis Failed to See that plaintiff was provided with medical attention.

29. Plaintiff Avers that Unit Manager Swiney and Sergeant Fleming began to escort plaintiff through D-3 pod, at that time Sergeant Owens entered the pod and relieved Unit Manager Swiney So that him and Sergeant Fleming Could Continue escorting plaintiff out of D-3 pod up to the Vestibule area of D-building into the Center of the Vestibule and took Some pictures of plaintiff.

30. Plaintiff Avers that Defendant Gwynn and Nurse Surratt was not in the Vestibule at that time.

31. Plaintiff Avers that Sergeants Fleming and Owens then proceeded to escort plaintiff across the Yard to B-Building B-3 pod.

32. Plaintiff Avers that when Sergeants Fleming, Owens and plaintiff entered B-3 pod Captain Steele and Officer Messer was present.

in front of B-3 pod on the bottom tier of B-3, in front of Cell B-301.

33. Plaintiff Avers that plaintiff immediately informed Captain Steele that plaintiff had been peppered Sprayed without provacation by defendant Gwynn in D-3 pod Prior to being bought over to b-building and plaintiff Was not provided with medical attention.

34. Plaintiff Avers that plaintiff had noticed that nurse mullins Conducting Pill Pass in B-3 pod.

35. Plaintiff Avers that Captain Skele informed Sergeants Fleming and Owens to allow plaintiff to inform nurse L. Mullins as to what plaintiff Was Suffering From as an Result of plaintiff being peppered Sprayed by defendant Gwynn.

36. Plaintiff Avers that plaintiff informed nurse L. Mullins that plaintiff had been peppered Sprayed by defendant Gwynn prior to being bought over to B-3 pod and plaintiffs face, eyes, arms, chest were burning and the Leg Retraints were on So tight that my Right ankle has a cut From the Leg Restraints, at that time nurse L. Mullins Assessed me and She gave Sergeant Fleming and Owens to put me in the Shower.

37. Plaintiff Avers that after plaintiff Was provided with a Shower plaintiff Was escorted to Cell B-318.

38. Plaintiff Avers that during these events that the plaintiff did not resist, Threaten, or Assault the Defendant Gwynn or any other officers or Staff in any fashion and plaintiff also did not break any prison Rules and neither did plaintiff receive any Institutional Disciplinary charges or infractions.

## Exhaustion of Administrative Remedies

39. The Plaintiff has exhausted his administrative remedies with respect to all claims and the defendant.

## Claims of Relief

40. The Actions of Defendant Gwynn in using physical force against the plaintiff Without Need or provacation were done maliciously and Sadistically and Constituted Cruel and Unusal punishment in Violation of the Eighth Amendment of The United States Constitution

# Relief Requested

WHEREFORE, plaintiff requests that the Court grant the following relief:

A. Issue a declaratory judgement stating that:
   1. Defendant Gwynn actions in using against the plaintiff without need or provocation violated the plaintiff's rights under the Eighth Amendment to the United States Constitution.

B. Issue an injunction ordering defendant Johns to:
   1. Release the plaintiff from punitive segregation and transfer him to Sussex 1 or Sussex 2 State Prison and place him in general population, with restoration of all rights and privileges.

C. Award compensatory damages in the following amounts:
   1. $10,000 jointly and severally against defendant Gwynn for the physical and emotional injuries sustained as a result of the plaintiff's being pepper sprayed.

D. Award punitive damages in the following amounts:
   1. $8,000 against defendant Gwynn.

3/28/2018

Respectfully Submitted,

LaMeek Johns 1169442
Red Onion State Prison
P.O. Box 1900
Pound, VA 24279

# VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Red Onion State Prison, Pound, VA 3/28/2018

*Lameek Johns*
Lameek Johns

# Certificate Of Service

This is to Certify that I, Lameek Johns #1169442, the Affiant Stakes Under Penalty of Perjury that the Following Statement are True and Correct to the best of my ability and knowledge. I, Lameek Johns #1169442 on this 28th day of March 2018 at approximately 8:22 PM o'clock Placed 1 Manilla Envelope Containing 1983 "Complaint" Civil Action address to The United States District Court, Western District of Virginia 210 Franklin Rd., SW., Suite 540 Roanoke, VA 24011 in the hands of Officer C/O. Neeley to be Placed in the Institutional mail bag.

_____
Affiant

In The Commonwealth of VIRGINIA

MY COMMISSION EXPIRES: _____

MARK D. MULLINS
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7141279
My Commission Expires Aug. 31, 2018

_____
Notary Public

Seal

Lameek Johns 1169442
C-302
Red Onion State Prison
P.O. Box 1900
Pound, VA 24279

United
Wes-

RECEIVED
MAR 29 2018
MAILROOM

2

VA DOC HAS NEVER INSPECTED THIS ITEM. THE DOC DOES NOT ASSUME ANY RESPONSIBILITY FOR ITS CONTENTS



Knoxville P&DC TN 379
THU 29 MAR 2018 AM

States District Court
ERN District OF VIRGINIA
10 FRANKLIN RD., SW., SUITE 540
RoaNoKE, VA 24011