**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| LAMEEK JOHNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  7:18-cv-00150 |
| | ) | |
| GWINN, Correctional Officer, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The undersigned notices his appearance on behalf of Plaintiff, Lameek Johns, in the above-styled case. The undersigned respectfully requests that the Court, and all parties hereto, take note of his appearance and further requests ECF/PACER notifications from the Court on matters concerning the case.

Respectfully submitted,

**LAMEEK JOHNS**

By:   /s/ David R. Berry
Of counsel

Charles H. Smith, III (VSB No. 32891)
David R. Berry (VSB No. 90554)
GENTRY LOCKE
10 Franklin Road, SE, Suite 900
Roanoke, Virginia  24011
Phone: (540) 983-9300
Fax:  (540) 983-9400
smith@gentrylocke.com
berry@gentrylocke.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April, 2021, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send  notification of such filing to all counsel of record.

By:   /s/ David R. Berry
              Of Counsel